**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　Case No. 6:08-cv-487-Orl-31DAB

**DAVID RUETZ, MICHAEL RUETZ,**
**SCOTT SLAYBACK and COUNTRYWIDE**
**HOME LOANS, INC.,**

      **Defendants.**

___

## ORDER

This matter comes before the Court on the "Motion in Answer to Above Entitled Complaint" (Doc. 7), which the Court construes as a motion to dismiss, filed by Defendants Michael Ruetz and Scott Slayback ("Slayback"). The document is not signed by Michael Ruetz, and purports to be signed by Slayback "for Michael Ruetz." As to Michael Ruetz, the motion (Doc. 7) is **STRICKEN** as violative of Federal Rule of Civil Procedure 11(a) and Local Rule 2.01(a). As to Slayback, the motion (Doc. 7) is **DENIED** as frivolous.

In addition, this matter comes before the Court on the "Notice of Special Appearance" filed by Defendant David Ruetz (Doc. 8), which the Court construes as a motion to dismiss, and the

response (Doc. 9) filed by the Plaintiff.  The motion (Doc. 8) is **DENIED** as frivolous.

Defendants Michael Ruetz, Slayback, and David Ruetz shall file an answer to the Complaint (Doc. 1) on or before June 27, 2008.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on June 10, 2008.

GREGORY A. PRESNELL<br>
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party