**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**-vs-**                                                  **Case No. 6:08-cv-487-Orl-31DAB**

**DAVID RUETZ, MICHAEL RUETZ,**
**SCOTT SLAYBACK and COUNTRYWIDE**
**HOME LOANS, INC.,**

        **Defendants.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **UNITED STATES' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS DAVID RUETZ, SCOTT SLAYBACK, AND MICHAEL RUETZ AND FOR FORECLOSURE AND SALE OF REAL PROPERTY (Doc. No. 16)**
>
> **FILED:** August 8, 2008
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

The United States filed suit against Defendant David Ruetz pursuant to 26 U.S.C. §§ 6321 and 6322, alleging that he has failed to pay federal income tax for the years 1999 through 2003, and seeking to foreclose the tax liens on two pieces of real properties. Doc. No. 1. Michael Ruetz, Scott Slayback (as trustee), and Countrywide Home Loans, Inc. were named as Defendants because they

claim or may have an interest in the properties sought to be foreclosed. Doc. No. 1. The Government states, through the Affidavit of J.C. Slate, IRS Revenue Officer, that David Ruetz's tax liability is and amount certain of $274,041.49 as of July 31, 2008. Doc. No. 16-2  The real properties on which the Government has filed federal tax liens are located at 455 N. Thompson Road, Orlando, Florida 32703 (Tax ID Number 02-21-28-0000-00070) ("Thompson Road Property") and at 2200 & 2201 Greenleaf Drive, Orlando, Florida 32810 (Tax ID Numbers 28-21-29-92674-01110 and 28-21-29-92674-01300) ("Greenleaf Drive Property"). Doc. No. 1. Reutz purported to transfer both properties to "trusts" one day after notices of the federal tax liens were filed with the appropriate Orange County authority; Defendant Scott Slayback was eventually named as the "trustee" of both trusts. Doc. No. 1. The Government alleges that both transfers of the Real Properties were fraudulently made and no consideration was paid. Doc. No. 1.

In response to the Government's Complaint, Defendant David Ruetz filed a "Notice of Special Appearance" (Doc. No. 8) and Defendants Michael Ruetz[1] and Scott Slayback filed a "Motion in Answer to Above Entitled Complaint" (Doc. No. 7). District Judge Presnell denied both Motions as frivolous and ordered these Defendants to file an answer to the Complaint by June 27, 2008. Doc. No. 10. None of these Defendants filed an answer by the June 27, 2008 deadline, and the Government obtained defaults from the Clerk on July 25, 2008. Doc. No. 15. The Government moved for default judgment against the three individual Defendants on August 8, 2008. Doc. No. 16. Defendant Countrywide, the mortgage holder on the Thompson Road Property, filed an answer on May 22, 2008; the Government's Motion includes provision for Countrywide to be paid the balance on the mortgage out of the proceeds of the foreclosure sale after payment of the tax liens. Doc. No. 16.

---

[1]The document was not signed by Michael Ruetz and was stricken for violating Federal Rule of Civil Procedure 11(a) and Local Rule 2.01(a). *See* Doc. No. 10.

Two of the three individual Defendants, David Ruetz and Scott Slayback, untimely filed their "Defendants' Motion in Objection to Plaintiff's Application for Entry of Default as to Defendants dated July 24, 2008" on August 18, 2008.  Doc. No. 19.  The Clerk has already entered the default against these individuals, so their "Motion in Objection" as it relates to the entry of default is now moot.

In the body of the Objection (Doc. No. 19), Ruetz and Slayback attach a ten-page "Motion in Answer" to the Complaint that they contend that they sent in "late May 2008."  Doc. No. 19.  However, the document submitted is a verbatim copy of the "Motion in Answer" (Doc. No. 7) that Judge Presnell denied as frivolous on June 10, 2007, when he ordered these Defendants to file an answer to the Complaint by June 27, 2008.  Doc. No. 10.  The only difference in the August 18, 2008 version of the "Motion in Answer" is that in this later version David Reutz and Scott Slayback have signed it.  Doc. No. 19.  In the June 10, 2008 version, Scott Slayback purported to "sign it for Michael Reutz" and himself.  Doc. No. 7.  Even if the Court were to construe Defendants' one-paragraph "Motion in Objection" as a response to the Motion for Default Judgment, Defendants have stated no meritorious grounds.  Their sole argument is that "[I]t is easily proven that the current Plaintiff's 'Application for Entry of Default' is not well intended."  Doc. No. 19.

A district court may enter a default judgment against a properly served defendant who fails to defend or otherwise properly appear pursuant to Federal Rule of Civil Procedure 55(b)(2); *DirecTV, Inc. v. Griffin*, 290 F.Supp.2d 1340, 1343 (M.D. Fla. 2003).  Defendants David Ruetz, Michael Ruetz, and Scott Slayback were properly served with a summons and copy of the Complaint (*see* Doc. Nos. 11-13) and they failed to timely file an answer by the June 27, 2008 deadline set by Judge Presnell (*see* Doc. No. 10); therefore, default was properly entered by the Clerk against the three individual

Defendants. Doc. No. 15. The individual Defendants' failure to timely respond to the Complaint and subsequent entry of default against them serve to admit the well pleaded allegations of the Government's Complaint, including that David Ruetz is indebted to the United States for outstanding federal income tax liabilities for tax years 1999 through and 2003, that any transfers of the Thompson Road Property or the Greenleaf Property were without effect, and that the United States is entitled to foreclose its liens on the property to satisfy in part David Reutz' income tax debt. *See, e.g.*, *Buchanan v. Bowman,* 820 F.2d 359 (11th Cir. 1987) (in defaulting, defendants "admit the plaintiff's well-pleaded allegations of fact.").

It is respectfully **RECOMMENDED** the District Judge enter the Government's Proposed Order of Foreclosure and Sale (Doc. No. 16-4) which provides that the two parcels of real property be sold by the Internal Revenue Service's Property Appraisal and Liquidation Specialist ("PALS") division, and that the proceeds first be used to pay the costs of the sale; and second, the proceeds be used to pay Countrywide for the unpaid balance of its mortgage on the property where David Ruetz resides at the "Thompson Road Property"); and third, the proceeds be applied to David Ruetz's outstanding tax liabilities and used to pay the United States; and fourth, if there are any remaining proceeds, they will be distributed to David Ruetz. It is further respectfully **RECOMMENDED** the District Judge enter the Proposed Order of Foreclosure and Sale (Doc. No. 16-5).

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on August 22, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

-5-

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy