**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　Case No. 6:08-cv-487-Orl-31DAB

**DAVID RUETZ, MICHAEL RUETZ,**
**SCOTT SLAYBACK and COUNTRYWIDE**
**HOME LOANS, INC.,**

      **Defendants.**

_____

## ORDER

This matter comes before the Court on the Motion for Dismissal (Doc. 27) filed by Defendant David Ruetz ("Ruetz"). After noting, correctly, that the District Court is one of limited jurisdiction, Ruetz argues that the United States has not established a basis for the Court to exercise "federal criminal jurisdiction" over this matter. Ruetz's arguments as to criminal jurisdiction are incomprehensible and, more importantly, irrelevant, as this is a civil matter. Moreover, the Court possesses subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1340 and 28 U.S.C. § 1345. Accordingly, it is hereby

**ORDERED** that the Motion to Dismiss (Doc. 27) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 9, 2008.

                                                                       GREGORY A. PRESNELL
                                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party