**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

-vs-                                                Case No.  6:08-cv-487-Orl-31DAB

**DAVID RUETZ, MICHAEL RUETZ,**
**SCOTT SLAYBACK and COUNTRYWIDE**
**HOME LOANS, INC.,**

        **Defendants.**

## ORDER

This matter comes before the Court on the Report and Recommendation (Doc. 22) filed by Magistrate Judge Baker, and the Motion in Answer (Doc. 26) filed by Defendants David Ruetz and Scott Slayback, which the Court interprets as an objection to the Report and Recommendation. Judge Baker recommends granting the Motion for Default Judgment (Doc. 16) filed by the United States. Judge Baker notes that the original responses to the Complaint filed by Defendants David Ruetz, Michael Ruetz, and Scott Slayback (the "Individual Defendants") were stricken or denied on various grounds on June 10, 2008, and that all three were ordered to file an answer no later than June 27, 2008. (Doc. 10). None did. The Clerk entered a default against the Individual Defendants on July 25, 2008.

The Motion in Answer consists for the most part of legal gibberish and repeatedly disproven tax protester nonsense. The only portion of the Motion in Answer that is potenitally relevant to the failure to answer that underlies the Motion for Default Judgment occurs when the

movants assert, without explanation, that the "Answer Brief" was filed in a timely manner. However, the movants completely ignore the denial or striking of their responses to the Complaint and their failure to file new responses by the June 27, 2008 deadline.

After *de novo* review, the Court concludes that the Motion in Answer (Doc. 26) is frivolous, and that the Report and Recommendation (Doc. 22) is well-founded.  Accordingly, it is hereby

**ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge (Doc. 22) is Adopted and Confirmed;

2. The Motion for Default Judgment (Doc. 16) is **GRANTED** and default judgment is entered against Defendants David Ruetz, Scott Slayback, and Michael Ruetz; and

3. The federal tax liens at issue are foreclosed and the real property at issue shall be sold pursuant to the Order of Foreclosure and Sale that will be entered along with this order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 9, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party